PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>MARCUS RANDALL,<br><br>                  Defendant. | CASE NO. 5:21-MJ-00021 JLT<br><br>ORDER UNSEALING COMPLAINT, ARREST WARRANT AND REDACTED AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant, and redacted affidavit in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: May 4, 2021

_____
The Honorable Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING COMPLAINT